# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2017

156248

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

*In re* N.L. CROSS, Minor.

SC: 156248
COA: 337703
Oakland CC Family Division:
2016-844890-NA

_____/

On order of the Court, the application for leave to appeal the July 18, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2017



Clerk

p0905